KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
CHRISTOPHER J. YOUNG - #239518
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
rmeny@kvn.com
cyoung@kvn.com

Attorneys for Defendants
FLAGSTAR BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOGOSIAN AND SARAH BOGOSIAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC. as Mortgage Servicer; CR TITLE SERVICES, INC. as Foreclosure "Trustee"; SHELLEY BOEK; PAM JANUARY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as "Nominee" under the Deed of Trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FLAGSTAR BANK, FSB as "Lender" under the Promissory Note and Deed of Trust; JOAN H. ANDERSON as "Trustee" under the Deed of Trust; FIRST AMERICAN TITLE INSURANCE CO.' and DOES 1 THROUGH 100 INCLUSIVE, <br><br> Defendants. | Case No. CV11-02043 EJD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FLAGSTAR BANK, FSB, TO FILE RESPONSIVE PLEADING** <br><br> Date:        May 13, 2011 <br><br> Judge: Magistrate Howard R. Lloyd <br> Date Removed:  April 26, 2011 <br> Trial Date: None Set |

The parties, by and through their respective undersigned counsel, stipulate as follows:

WHEREAS, on April 25, 2011, Defendant, FLAGSTAR BANK, FSB ("Flagstar") was served with Plaintiffs' California state court Complaint and Plaintiffs' pleadings in support of its *ex parte* request for a Temporary Restraining Order and its further request for a Preliminary Injunction;

1  WHEREAS, under California state law, Flagstar's response or Answer was therefore due
2  to be filed on May 25, 2011;
3  WHEREAS, co-defendants Citimortgage, Inc., and CR Title Services, Inc., filed a Notice
4  of Removal on April 26, 2011, seeking to remove the above-captioned matter from Santa Clara
5  County Superior Court to this Court;
6  WHEREAS, Flagstar was neither formally joined in the removal of this matter, nor
7  served with written notice of the removal;
8  WHEREAS, Flagstar has yet to be formally served with the removal papers regarding
9  this matter;
10  WHEREAS, Plaintiffs and Flagstar have agreed that Flagstar's response deadline can be
11  extended by 30 days beyond the original California state court deadline to June 24, 2011;
12  WHEREAS, Flagstar currently maintains no beneficial interest in the note referenced in
13  Plaintiffs' state court Complaint;
14  WHEREAS, Flagstar currently maintains no beneficial interest in the deed of trust
15  referenced in Plaintiffs' state court Complaint;
16  WHEREAS, Flagstar is not participating in, and will not receive any benefit from, any
17  foreclosure proceeding regarding the Plaintiffs' property located at 515 N. 18th Street, San Jose,
18  CA  95112;
19  WHEREAS, good cause for this extension exists because the parties need additional time
20  to sort out certain factual allegations against Flagstar in the Complaint;
21  WHEREAS, the parties agree that this extension does not waive or diminish the rights of
22  Flagstar to raise any argument in response to the complaint;
23  ///
24  ///
25
26
27
28

1     THE PARTIES JOINTLY STIPULATE AND REQUEST that the time for Flagstar to answer or otherwise respond to Plaintiffs' Complaint be extended from May 25, 2011 to and including June 24, 2011.

                                        Respectfully submitted,

Dated:  May 13, 2011                 KEKER & VAN NEST LLP

                                  By:  */s/ Chris J. Young*
                                     CHRIS J. YOUNG
                                     Attorneys for Defendant
                                     FLAGSTAR BANK, FSB

SO STIPULATED,

Dated:  May 13, 2011                 LAW OFFICE OF MATTHEW BOGOSIAN

                                  By:  */s/ Matthew Bogosian*
                                     MATTHEW BOGOSIAN
                                     Attorneys for Plaintiffs
                                     CHRISTOPHER BOGOSIAN and SARAH BOGOSIAN

                                     Filer's Attestation:  Pursuant to General Order NO. 45, Section X.B. regarding non-filing signatories, Chris J. Young hereby attests that concurrence in the filing of this joint stipulation has been obtained by Matthew Bogosian.

    GOOD CAUSE APPEARING, IT IS SO ORDERED.  Defendant Flagstar Bank's time to answer or otherwise respond to Plaintiffs' Complaint is extended from May 25, 2011 to and including June 24, 2011.

Dated:  __May 24,_____, 2011                 [signature]
                                     HON. EDWARD J. DAVILA
                                     UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FLAGSTAR BANK, FSB, TO FILE RESPONSIVE PLEADING
CASE NO. CV11-02043 HRL