IT IS SO ORDERED

Judge Edward J. Davila

6/10/2011

1  LAW OFFICE OF MATTHEW BOGOSIAN
2  Matthew Bogosian (SBN 271504)
   215 Reservation Rd # O-114
3  Marina CA 93933
4  Tel. No.: +1.888.327.4275
   Fax. No.: +1.206.666.4469
5  E-mail: staff@bogosianlaw.com
6
   Representative for Plaintiff(s)
7  CHRISTOPHER BOGOSIAN and SARAH BOGOSIAN
8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11 CHRISTOPHER BOGOSIAN and SARAH BOGOSIAN, | Case No.: 5:11-cv-02043-EJD |
| 13  Plaintiff(s), | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AS TO DEFENDANT FLAGSTAR BANK, FSB. AS "LENDER" UNDER THE PROMISSORY NOTE AND DEED OF TRUST PURSUANT TO FRCP 41(A)(1)(A)(I) |
| 14  vs. | |
| 16 CITIMORTGAGE, INC. as Mortgage Servicer; CR TITLE SERVICES, INC. as Foreclosure "Trustee"; SHELLEY BOEK; PAM JANUARY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as "Nominee" under the Deed of Trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FLAGSTAR BANK, FSB. as "Lender" under the Promissory Note and Deed of Trust; JOAN H. ANDERSON as "Trustee" under the Deed of Trust; FIRST AMERICAN TITLE INSURANCE CO.; and DOES 1-100 Inclusive, | Date Removed:   April 26, 2011  Trial Date:   None Set |
| 25  Defendant(s). | |

27  NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i),

28 Plaintiffs, Christopher Bogosian and Sarah Bogosian, voluntarily dismiss defendant

---
1
ORDER TO REMAND

Flagstar Bank, FSB as "Lender" under the Promissory Note and Deed of Trust without prejudice. All attorneys' fees and costs of court are to be borne by the party that incurred them.

DATED: June 9, 2011  Respectfully submitted,
LAW OFFICE OF MATTHEW T. BOGOSIAN

 /s/ Matthew T. Bogosian
Matthew T. Bogosian
Attorney for Plaintiff(s)

//

//