1  LAW OFFICE OF MATTHEW BOGOSIAN
2  Matthew Bogosian (SBN 271504)
   215 Reservation Rd # O-114
3  Marina CA 93933
   Tel. No.: +1.888.327.4275
4  Fax. No.: +1.206.666.4469
5  E-mail: staff@bogosianlaw.com

6
   Representative for Plaintiff(s)
7  CHRISTOPHER BOGOSIAN and SARAH BOGOSIAN

8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER BOGOSIAN and SARAH BOGOSIAN, | ) ) ) | Case No.: C11-02043 EJD |
| Plaintiff(s), | ) ) ) | ORDER TO ADVANCE HEARING DATE FOR PLAINTIFF'S MOTION TO REMAND |
| vs. | ) ) | |
| CITIMORTGAGE, INC. as Mortgage Servicer; CR TITLE SERVICES, INC. as Foreclosure "Trustee"; SHELLEY BOEK; PAM JANUARY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as "Nominee" under the Deed of Trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FLAGSTAR BANK, FSB. as "Lender" under the Promissory Note and Deed of Trust; JOAN H. ANDERSON as "Trustee" under the Deed of Trust; FIRST AMERICAN TITLE INSURANCE CO.; and DOES 1-100 Inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) ) | |

27                              **ORDER**

28  This Court having read and considered Plaintiff(s)' MOTION FOR ADMINISTRATIVE

---

1

ORDER TO ADVANCE HEARING DATE FOR PLAINTIFF'S MOTION TO REMAND

1  RELIEF UNDER CIVIL L.R. 7-11 TO ADVANCE HEARING DATE FOR PLAINTIFF'S MOTION TO
2  REMAND IN ORDER TO AVOID WASTE OF COURT RESOURCES filed July 8, 2011 and any
3  opposition, hereby orders the following.

4      To Defendant(s) CITIMORTGAGE, INC. as Mortgage Servicer; CR TITLE SERVICES,
5  INC. as Foreclosure "Trustee"; SHELLEY BOEK; PAM JANUARY; MORTGAGE ELECTRONIC
6  REGISTRATION SYSTEMS, INC. as "Nominee" under the Deed of Trust; FEDERAL
7  NATIONAL MORTGAGE ASSOCIATION; JOAN H. ANDERSON as "Trustee" under the Deed of
8  Trust; FIRST AMERICAN TITLE INSURANCE CO.; and DOES 1-100 Inclusive; and DOES 1
9  THROUGH 100 INCLUSIVE:

10      Plaintiff's MOTION TO REMAND will be heard on August 19, 2011 at 9:00 AM
11  in Courtroom 1, 5th Floor, 280 South First Street, San Jose, CA.

19  IT IS SO ORDERED.

21  DATED: July 11, 2011      _____
                              Judge of the District Court

23  //
24  //