PETER J. SALMON (SBN 174386)
CHRISTOPHER L. PETERSON (SBN 215069)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: cpeterson@piteduncan.com

Attorneys for Defendant CR TITLE SERVICES, INC., CITIMORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION, PAM JANUARY AND SHELLEY BOEK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER BOGOSIAN AND SARAH BOGOSIAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC. as Mortgage Servicer; CR TITLE SERVICES, INC. as Foreclosure "Trustee"; SHELLEY BOEK; PAM JANUARY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as "Nominee" under the Deed of Trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FLAGSTAR BANK, FSB, as "Lender" under the Promissory Note and Deed of Trust; JOAN H. ANDERSON as "Trustee" under the Deed of Trust; FIRST AMERICAN TITLE INSURANCE CO.; and DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Case No. CV-11-02043-EJD<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE MOTION TO REMAND<br><br>Date:       August 19, 2011<br>Time:       9:00 a.m.<br>Courtroom: 1, 5th Floor |

The Court, having reviewed the Motion for Leave to Appear by Telephone at the Motion to Remand of Defendants CR TITLE SERVICES, INC., CITIMORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION, PAM JANUARY AND SHELLEY BOEK in good cause appearing therefore, hereby orders as follows:

/././

/././

-1-
ORDER GRANTING TELEPHONIC COURT APPEARANCE                                 2477081.wpd

IT IS HEREBY ORDERED that Defendants may appear telephonically at the Motion to Remand currently set to be heard on August 19, 2011 at 9:00 a.m. in courtroom #1, 5th floor, by and through its counsel, Christopher L. Peterson, 619-326-2454.

Counsel shall contact CourtCall to set up the telephonic appearance.

Dated: July 14, 2011

_____
Judge of the District Court