LAW OFFICE OF MATTHEW BOGOSIAN
Matthew Bogosian (SBN 271504)
215 Reservation Rd # O-114
Marina CA 93933
Tel. No.: +1.888.327.4275
E-mail: staff@bogosianlaw.com

Representative for Plaintiff(s)
CHRISTOPHER BOGOSIAN and SARAH BOGOSIAN

*IT IS SO ORDERED*
*Judge Edward J. Davila*
8/26/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOGOSIAN and SARAH BOGOSIAN,<br><br>             Plaintiff(s),<br><br>     vs.<br><br>CITIMORTGAGE, INC. as Mortgage Servicer; CR TITLE SERVICES, INC. as Foreclosure "Trustee"; SHELLEY BOEK; PAM JANUARY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as "Nominee" under the Deed of Trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION; JOAN H. ANDERSON as "Trustee" under the Deed of Trust; FIRST AMERICAN TITLE INSURANCE CO.; and DOES 1-100 Inclusive,<br><br>             Defendant(s). | Case No.: CV-11-02043  EJD<br><br>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AS TO ALL REMAINING DEFENDANTS PURSUANT TO FRCP 41(A)(1)(A)(I)<br><br>Date Removed:    April 26, 2011<br>Trial Date:          None Set |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiffs, Christopher Bogosian and Sarah Bogosian, voluntarily dismiss all remaining defendants without prejudice, including: CitiMortgage, Inc. as Mortgage Servicer; CR Title Services, Inc. as Foreclosure "Trustee"; Shelley Boek; Pam January; Mortgage

Electronic Registration Systems, Inc. as "Nominee" under the Deed of Trust; Federal National Mortgage Association; Joan H. Anderson as "Trustee" under the Deed of Trust; First American Title Insurance Co.; and Does 1-100 Inclusive. All attorneys' fees and costs of court are to be borne by the party that incurred them.

    The Clerk shall close this file.

DATED: August 24, 2011        Respectfully submitted,
LAW OFFICE OF MATTHEW T. BOGOSIAN


        /s/ Matthew T. Bogosian
Matthew T. Bogosian
Attorney for Plaintiff(s)

//

//